IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAYSON JOHNSON                                                              PLAINTIFF
#276667

v.                           No. 4:25-cv-394-DPM

C. SMITH, Deputy, Pulaski County
Regional Detention Center;  RICK D.
NASH, Retired Deputy, Saline County;
and DOES, All Active Federal Judges
(Appellate and District Court);  All Active
State Court Judges (Municipal, Juvenile,
Probate, or Circuit Court)                                                  DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Johnson hasn't paid the $405 filing and administrative fees, filed a complete application to proceed *in forma pauperis,* or filed an amended complaint; and the time to do so has passed. Doc. 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

12 June 2025