IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAYSON JOHNSON                                                                PLAINTIFF
#276667

v.                              No. 4:25-cv-394-DPM

C. SMITH, Deputy, Pulaski County
Regional Detention Center; RICK D.
NASH, Retired Deputy, Saline County;
and DOES, All Active Federal Judges
(Appellate and District Court); All Active
State Court Judges (Municipal, Juvenile,
Probate, or Circuit Court)                                                    DEFENDANTS

JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2025